IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD EUGENE CAVNESS, P38865,  )
                                 )
        Plaintiff(s),             )   No. C 17-0811 CRB (PR)
                                 )
   vs.                            )   ORDER OF DISMISSAL
                                 )
H. L. BLUM, et al.,               )
                                 )
        Defendant(s).             )
                                 )

Plaintiff, a prisoner at San Quentin State Prison, has filed a pro se complaint under 42 U.S.C. § 1983 seeking $100,000,000 from California Department of Public Health Registrar H. L. Blum and former United States Secretary of the Treasury Jacob Lew. But the complaint is incomprehensible; at best, it appears that plaintiff takes issue with his birth certificate because it somehow associates him, an "American National of the Moorish Nation," with a "'Public Office' in the United States Treasury Department of Health Vital Records, Internal Revenue Service and U.S. Department of Commerce by virtue of Certificate of Live Birth, State of California Certification of Vital Record." Compl. (ECF No. 1) at 4.

Plaintiff's incomprehensible complaint is DISMISSED as frivolous under the authority of 28 U.S.C. § 1915A(b) because it is without an arguable basis in law. See Jackson v. Arizona, 885 F.2d 639, 641 (9th Cir. 1989). There is no

indication whatsoever that a right secured by the Constitution or laws of the United States was violated by a person acting under the color of state law. See West v. Atkins, 487 U.S. 42, 48 (1988).

The clerk shall terminate all pending motions as moot and close the file.

SO ORDERED.

DATED: May 9, 2017

_____
CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.17\Cavness, D.17-0811.dismissal.wpd

2